GREEN & HALL, A Professional Corporation
JOHN T. GRIFFIN, State Bar No. 149713
*jgriffin@greenhall.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for AUTO CARE SYSTEMS, dba SCOTT PATTERSON RECOVERY

GREEN & HALL
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LETICIA MADDOX,<br><br>Plaintiff,<br><br>vs.<br><br>PATTERSON RECOVERY; and ALASKAUSA FEDERAL CREDIT UNION,<br><br>Defendant.<br><br>AUTO CARE SYSTEMS, dba SCOTT PATTERSON RECOVERY,<br><br>Cross-Complainant,<br><br>vs.<br><br>ALASKAUSA FEDERAL CREDIT UNION,<br><br>Cross-Defendant. | CASE NO. 5:14-cv-02616-CAS-DTB<br><br>**AUTO CARE SYSTEMS, dba SCOTT PATTERSON RECOVERY'S *CORRECTED* CROSS-CLAIM FOR INDEMNITY**<br><br>TRIAL DATE: None Set |

**COMES NOW** Defendant and Cross-Claimant AUTO CARE SYSTEMS, dba SCOTT PATTERSON RECOVERY ("Patterson Recovery"), for its Cross-Claim, alleges as follows:

1. At all times herein relevant Patterson Recovery was and is a business operating and existing under the laws of the State of California.

2. Patterson Recovery is informed and believes, and thereon alleges that at all times herein relevant Defendant ALASKAUSA FEDERAL CREDIT UNION ("AlaskaUSA") was and is a business organized and existing under the laws of the State of Alaska and doing business in the State of California.

**COUNT I**

**(Express Indemnity Against AlaskaUSA)**

3. Patterson Recovery incorporates by reference each and every paragraph of this Cross-Claim as though fully set forth herein.

4. For many years, AlaskaUSA has utilized the services of Patterson Recovery for the collection and repossession of vehicles in circumstances where the borrower fails to make required payments on the auto loan. In situations where AlaskaUSA knows the specific location of the vehicle to be repossessed, AlaskaUSA communicates directly with Patterson Recovery to request its services. Where the present location of the vehicle is not known, AlaskaUSA engages the services of a private investigator first to locate the vehicle, and then Patterson Recovery is brought in to collect the vehicle. In every case, AlaskaUSA agrees to indemnify and save Patterson Recovery harmless from and against any and all claims arising out of its actions to recover possession of the vehicle.

5. On December 3, 2013, AlaskaUSA contacted a private investigator, Cullings Investigations, to locate Plaintiff's vehicle, with the intention that Patterson Recovery would be engaged to recover the vehicle after it was located. Pursuant to its long-standing custom and practice, AlaskaUSA agreed to "indemnify and save you harmless from and against any and all claims, damages, losses and actions resulting from or arising out of your actions to recover the referenced collateral." A true and correct copy of AlaskaUSA's correspondence, dated December 3, 2013, is attached hereto as Exhibit "A" and incorporated herein by this reference.



GREEN & HALL
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

6. Upon locating Plaintiff's vehicle, Cullings Investigations contacted Patterson Recovery to recover possession of the vehicle. A true and correct copy of Cullings' Investigations' correspondence to Patterson Recovery, dated December 14, 2013, is attached hereto as Exhibit "B" and incorporated herein by this reference.

7. Patterson Recovery performed all of the terms, conditions, and requirements of its assignment from AlaskaUSA, and is the intended beneficiary of AlaskaUSA's agreement to defend and indemnify.

8. Patterson Recovery denies that it either caused or contributed to the losses described in Plaintiff's Complaint and further denies that any of its actions were unlawful as alleged by Plaintiff.

9. Pursuant to the terms of AlaskaUSA's agreement to defend and indemnify, Patterson Recovery alleges that if there is recovery against Patterson Recovery on Plaintiff's Complaint by way of settlement or in the alternative, judgment rendered against Patterson Recovery, Patterson Recovery is entitled to recover from AlaskaUSA its attorney fees and costs incurred in defending Plaintiff's Complaint and is further entitled to indemnity from AlaskaUSA.

GREEN & HALL
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

**COUNT II**

**(Equitable Indemnity Against AlaskaUSA)**

10. Patterson Recovery incorporates by reference each and every paragraph of this Cross-Claim as though fully set forth herein.

11. Patterson Recovery is informed and believes and thereon alleges that if Plaintiff in fact sustained certain losses as alleged, which allegations are generally and specifically denied by Patterson Recovery, then Patterson Recovery alleges upon information and belief that the losses, if any, were solely and/or substantially caused by the negligence, or other conduct, of AlaskaUSA.

12. Patterson Recovery is informed and believes and thereon alleges that the legally responsible conduct of AlaskaUSA contributed in an undetermined percentage to the losses allegedly sustained by Plaintiff on the Plaintiff's Complaint.

Patterson Recovery is informed and believes and thereon alleges that it is entitled to equitable indemnity from AlaskaUSA for the losses allegedly sustained by Plaintiff, if any, and for sums paid by way of settlement or judgment rendered against Patterson Recovery on Plaintiff's Complaint.

WHEREFORE, Patterson Recovery prays for judgment as follows:

1. That Patterson Recovery is entitled to indemnity, whether total or partial, from AlaskaUSA in the event a settlement is entered into or a judgment and/or verdict is rendered in favor of Plaintiff as against Patterson Recovery;

2. For attorneys' fees and costs incurred herein; and

3. For such other and further relief as this Court may deem just and proper.

DATED: October 29, 2015

GREEN & HALL, A Professional Corporation

By: ______________________
John T. Griffin
Attorneys for Defendant and Cross-Complainant AUTO CARE SYSTEMS, dba SCOTT PATTERSON RECOVERY

GREEN & HALL
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, 10th Floor, Santa Ana, CA 92705-4052.

On November 3, 2015, I served the within document(s) described as:

**AUTO CARE SYSTEMS, dba SCOTT PATTERSON RECOVERY'S *CORRECTED* CROSS-CLAIM FOR INDEMNITY**

on each interested party in this action as stated below:

Robert L. Hyde, Esq.
Joshua B. Swigart, Esq.
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
(619) 233-7770; Fax: (619) 297-1022
bob@westcoastlitigation.com
josh@westcoastlitigation.com
Attorneys for Plaintiff Leticia Maddox

Richard L. Mahfouz, II, Esq.
Sarena L. Kustic, Esq.
Clerkin Sinclair and Mahfouz LLP
701 B Street, Suite 1160
San Diego, CA 92101
(619) 308-6650; Fax: (619) 923-3141
rlmahfouz@clerkinlaw.com
skustic@clerkinlaw.com
Attorneys for AlaskaUSA Federal Credit Union

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 3, 2015, at Santa Ana, California.

Laura Lane (signature)

Laura Lane

GREEN & HALL
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION