Richard L. Mahfouz II (State Bar Number 246739)
Sarena Kustic (State Bar Number 292715)
Clerkin, Sinclair & Mahfouz, LLP
701 B Street, Suite 1160
San Diego, CA 92101
Telephone: 619-308-6550
E-mail: rlmahfouz@clerkinlaw.com

Attorneys for Defendant Alaska USA Federal Credit Union, Cross-Defendant, and Cross-Claimant Alaska USA Federal Credit Union

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LETICIA MADDOX,<br><br>Plaintiff,<br><br>v.<br><br>PATTERSON RECOVERY, ALASKA USA FEDERAL CREDIT UNION, inclusive,<br><br>Defendants. | Case No. 5:14-cv-02616-CAS0DTB<br><br>**ALASKA USA FEDERAL CREDIT UNION'S CROSS-CLAIM FOR INDEMNITY AND CONTRIBUTION** |
| ALASKA USA FEDERAL CREDIT UNION, inclusive,<br><br>Cross-Complainant,<br><br>v.<br><br>AUTO CARE SYSTEMS, dba SCOTT PATTERSON RECOVERY,<br><br>Cross-Defendant. | |

**COMES NOW** Defendant, Cross-Defendant, and Cross-Claimant ALASKA USA FEDERAL CREDIT UNION, for its Cross-Claim, alleges as follows:

1. Alaska USA is informed and believes that Patterson Recovery is an active, licensed repossession company operating in California, Nevada, and Arizona and subject to the laws of each state.

**COUNT 1**

(Equitable Indemnity Against Patterson)

2. Alaska USA incorporates by reference each and every paragraph of this cross-claim as though fully set forth herein.

3. Alaska USA uses the services of repossession professionals in order to facilitate recovery of collateral in the event that Alaska USA deems it necessary and proper. During the repossession of vehicles there is an implicit understanding that the party involved in directly taking the possession of the vehicle will follow all professional and legal standards. Alaska USA does not condone, sanction, or ratify any conduct outside the scope of stated standards.

4. Patterson's alleged negligent and unlawful conduct occurred without the knowledge, consent, or guidance from Alaska USA. Patterson's actions fall outside the scope of any implied authority, granted to them through Alaska USA's private investigator. The harm caused by this egregious deviation and any resulting damages should be paid for in-full by Patterson.

5. It is just and equitable for Patterson to indemnify Alaska USA against any resulting damages from Plaintiff's lawsuit. Patterson's alleged conduct is the sole and direct cause of any and all harm suffered by the Plaintiff.

**COUNT 2**

(Contribution from Patterson)

6. Alaska USA Federal Credit Union incorporates by reference each and every paragraph of this cross-claim as though fully set forth herein.

7. Alaska USA is informed and believes and thereon alleges that, if Plaintiff in fact sustained certain losses as alleged in her complaint, which all allegations are generally or specifically denied by Alaska USA, then Alaska USA

alleges upon information and belief that the losses, if any, were solely and directly caused by the negligent and or unlawful conduct of Patterson.

8. Patterson should be made to pay contribution to any and all judgments made against Alaska USA as a result of this matter. Patterson's conduct was the sole and direct cause of any and all harms alleged by the Plaintiff. Patterson, by conducting it self in the alleged way violated professional and legal standards, violated any and all alleged agreements between Alaska USA, its agents and Patterson.

WHEREFORE, answering cross-defendant prays as follows:

1. That Alaska USA is entitled to indemnity or contribution, in part or in full, from Patterson in the event a settlement is entered into or a judgment is rendered in favor of Plaintiff as against Alaska USA

2. For attorney's fees and costs incurred herein; and

3. For such other and further relief as this Court may deem just and proper.

Dated: 11/30/15

CLERKIN, SINCLAIR & MAHFOUZ, LLP

[signature]

Richard L. Mahfouz II,
Sarena Kustic,
Attorneys for Defendant, Cross-Defendant, and Cross-Claimant Alaska USA Federal Credit Union

PROOF OF SERVICE BY MAIL
STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 701 B Street, Suite 1160, San Diego, CA 92101.

On November 30, 2015, I served the foregoing document described as **ALAKSA USA FEDERAL CREDIT UNION'S CROSS-CLAIM FOR INDEMNITY AND CONTRIBUTION** on the parties to this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California addressed as follows:

John Griffin
Green & Hall
1851 East First Street
Santa Ana, CA 92075
Tel: 714-918-7000
Fax: 714-918-6996
Attorney for Defendant, Cross-Complainant, and Cross-Defendant Patterson Recovery

Robert L. Hyde, Esq.
Josh Swigart, Esq.
Sara Khosroabadi, Esq.
Hyde & Swigart
2221 Camino Del Rio South Suite 101
San Diego, CA 92108
Email: Sara@westcoastlitigation.com
Attorneys for Plaintiff Leticia Maddox

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on November 30, 2015, at San Diego, California.

/s/ Brianna Mix

Brianna Mix